[No. 3752–II.  Division Two.  January 22, 1981.]

MANLEY McKAY, *Appellant,* v. JEAN M.
LARSEN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 268343, Thomas R. Sauriol, J., entered September 29, 1978. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3536–II.  Division Two.  January 22, 1981.]

BRYON BILLMEYER, *Appellant,* v. ROMCO
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 825667, James J. Dore, J., entered June 7,
1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3598–1–III.  Division Three.  January 22, 1981.]

JACK L. WILSON, ET AL, *Respondents,* v. ROBERT J.
YOUNG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–00867–7, Donald N. Olson, J.,
entered August 3, 1979. *Affirmed* by unpublished opinion
per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 3271–0–III.  Division Three.  January 22, 1981.]

DALTON T. WALDROP, ET AL, *Appellants,* v. THOMAS
E. WALDROP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant
County, No. 25927, Richard J. Ennis, J. Pro Tem., entered
January 12, 1979. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Roe, J.